

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*156 Pierrepont Street*
*Brooklyn, New York 11201*

July 15, 2005

Judge Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: United States v. Nassau County
CV 02 2382 (LDW)

Your Honor:

We are filing with the Court a Stipulation entered between the United States and defendants Nassau County, the Nassau County Executive, the Nassau County Sheriff's Department and Edward Reilly, Sheriff of Nassau County.

In April 2002, we filed a complaint and Settlement Agreement concerning conditions of confinement at the Nassau County Correctional Center (NCCC). The Agreement focuses on correction of practices involving the use of force and identified deficiencies in the provision of medical care. The Court conditionally dismissed the complaint on May 7, 2002, provided that defendants complied with the Agreement. The Agreement provides that the parties will file a joint motion of dismissal if NCCC has substantially complied with the Agreement.

We believe that defendants are in substantial compliance with those aspects of the Agreement pertaining to the use of force. The parties are therefore stipulating to the dismissal of the provisions of the Agreement pertaining to the use of force. We have further stipulated that those aspects of the case pertaining to the provision of medical care shall remain on the Court's inactive docket pending defendants' substantial compliance with those provisions.

We respectfully request that the Court "so order" this Stipulation.

                                            Respectfully submitted,

                                            ROSLYNN R. MAUSKOPF
                                            United States Attorney

                          By:      _____
                                            Marla Tepper (MT 7529)
                                            Assistant U.S. Attorney
                                            Civil Rights Litigation
                                            (718) 254-6155
                                            (718) 254-6321 (facsimile)

encl.

cc:      Mark Masling
         Deputy Chief
         U.S. Department of Justice
         Civil Rights Division
         Special Litigation Section

         Elizabeth Loconsolo
         Deputy County Attorney
         Nassau County